| | |
|---|---|
| Michael G. Woods, # 058683-0<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:    (559) 433-1300<br>Facsimile:    (559) 433-2300 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Defendant
FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, a California nonprofit corporation, dba COMMUNITY MEDICAL CENTERS (erroneously sued as COMMUNITY MEDICAL CENTERS, INC., a California corporation)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ERIN BROCKOVICH, on behalf of the United States of America,<br><br>           Plaintiff,<br><br>v.<br><br>COMMUNITY MEDICAL CENTERS, INC., a California corporation; and DOES 1 through 250, inclusive,<br><br>           Defendants. | Case No.  06-CV-1609-AWI-DLB<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)**<br><br>Date:       January 22, 2007<br>Time:      1:30 p.m.<br>Courtroom: 2<br>Judge:     Anthony W. Ishii<br><br>Action Filed:     June 14, 2006<br>Trial Date:       None |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

      NOTICE IS HEREBY GIVEN THAT ON January 22, 2007, at 1:30 p.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 2500 Tulare St., Fresno, CA 93721 in the courtroom of Judge Anthony W. Ishii, Defendant FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, a California nonprofit corporation, dba COMMUNITY MEDICAL CENTERS (erroneously sued as COMMUNITY MEDICAL CENTERS, INC., a California corporation), hereby does move the Court to dismiss the complaint in the above captioned action pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

///

1  This motion is made on the ground that Plaintiff ERIN BROCKOVICH ("Plaintiff") has failed to state a claim in so far as she has no standing to pursue the theories alleged in her complaint, and that as such, the matter should be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(1). Further, Plaintiff seeks to state a claim under the Medicare Secondary Payer Act ("MSP") based on unadjudicated and unidentified tort claims. Every court that has examined this issue has held that there is no such right of action under the MSP. As such, the allegations contained in Plaintiff's complaint are insufficient to state any cause of action, and the matter should be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(6).

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: November 21, 2006

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By: /s/ Michael G. Woods
Michael G. Woods
Attorneys for Defendant
FRESNO COMMUNITY HOSPITAL
AND MEDICAL CENTER dba
COMMUNITY MEDICAL CENTERS

15286/00004-1032616.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

NOTICE OF MOTION AND MOTION TO DISMISS

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Fresno County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On November 21, 2006, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)

in a sealed envelope, postage fully paid, addressed as follows:

Timothy C. McHugh
James L. Wilkes
James M. Morgan
Wilkes & McHugh
500 Silver Spur Rd., Ste. 200
Rancho Palos Verdes, CA 90275

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 21, 2006, at Fresno, California.

/s/ Peggy Maffei
Peggy Maffei

15286/00000-1034125.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
P.O. Box 28912
Fresno, CA 93729-8912