IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN BROCKOVICH, on behalf of the United State of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMUNITY MEDICAL CENTERS, INC., a California corporation and DOES 1 through 250, inclusive,<br>　　　　　　Defendants. | CV F 06-1609 AWI DLB<br><br>ORDER VACATING HEARING DATE OF JANUARY 22, 2007, AND TAKING MATTER UNDER SUBMISSION |

　　　This is an action for damages by plaintiff Erin Brockovich, suing on behalf of the United States ("Plaintiff"), against defendant Fresno Community Hospital And Medical Center and Does 1 through 250 ("Defendants"). Defendants have noticed a motion to dismiss Plaintiff's single-count complaint. The matter was scheduled for oral argument to be held on January 22, 2007. The court has reviewed Defendants' motion, Plaintiff's opposition, Defendants' reply and the applicable law, and has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

　　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 22, 2007, is VACATED, and no party shall appear at that time. As of January 22, 2007, the court will take the matter under submission, and will thereafter issue its decision.

1  IT IS SO ORDERED.

2  **Dated:**    **January 17, 2007**              **/s/ Anthony W. Ishii**
   h2ehf                                  UNITED STATES DISTRICT JUDGE

2